■ In the Matter of WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, v ROBERT HAWTHORNE et al., Appellants.—Order unanimously reversed, with costs, and petition dismissed. Memorandum: Absent a finding of abuse or unreasonable parental demands, it is an improper use of judicial discretion to direct reimbursement by a parent to the Department of Social Services for public assistance rendered to a minor who has abandoned her home. Although the statutory obligation of parents to support a child (Family Ct Act, § 415; Social Services Law, § 101) is stated in mandatory

terms, a child who voluntarily and without good cause abandons the parents' home forfeits her right to support *(Matter of Parker v Stage,* 43 NY2d 128; *Matter of Roe v Doe,* 29 NY2d 188; *Wayne County Dept. of Social Servs. v Crossley,* 60 AD2d 794). (Appeal from order of Wayne County Family Court—Family Ct Act, art 4.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Moule, JJ.